STATE OF MICHIGAN

# Attorney Discipline Board

FILED
ATTORNEY DISCIPLINE BOARD

09 JUL 29 PM 3:14

GRIEVANCE ADMINISTRATOR,
Attorney Grievance Commission,

    Petitioner,

v                                                                                  Case No. 08-159-PI

ANGELO GENO PARLOVE, P 69271,

    Respondent.
_____/

### ORDER OF TRANSFER TO INACTIVE STATUS
### PURSUANT TO MCR 9.121(A)

Issued by the Attorney Discipline Board
211 W. Fort St., Ste. 1410, Detroit, MI

At a hearing before Washtenaw County Hearing Panel #3 of the Attorney Discipline Board conducted in this matter on July 23, 2009 pursuant to MCR 9.121(B)(1), the hearing panel was presented with a copy of an order entered July 2, 2009 in the Livingston County Probate Court directing that respondent, Angelo Parlove, be hospitalized for a period of 60 days based upon the court's finding of mental illness. That order has been considered by the Attorney Discipline Board in light of MCR 9.121(A) which directs:

> **(A) Adjudication by Court.** If an attorney has been judicially declared incompetent or involuntarily committed on the grounds of incompetency or disability, the board, on proper proof of the fact, <u>must enter an order effective immediately</u> transferring the attorney to inactive status for an indefinite period and until further order of the board. (Emphasis added.)

The Attorney Discipline Board has concluded that the July 2, 2009 order of the Livingston County Probate Court constitutes proper proof that respondent has been judicially declared incompetent or involuntarily committed on the grounds of incompetency within the meaning of MCR 9.121(A) and the Board is otherwise fully advised;

**NOW THEREFORE,**

**IT IS ORDERED** that respondent, **ANGELO GENO PARLOVE, JR.**, is transferred to inactive status for an indefinite period, effective the date of this order, and until further order of the Attorney Discipline Board.

**IT IS FURTHER ORDERED** that respondent may not resume active status, engage in the practice of law, or otherwise hold himself out as a licensed attorney until reinstated by an order of the Attorney Discipline Board entered under the provisions of MCR 9.121(E). If the respondent is subsequently judicially declared to be competent, the Board may dispense with further evidence that the disability has been removed and may order reinstatement to active status on terms the Board finds proper and advisable, including recertification.

**IT IS FURTHER ORDERED** that the matter of *Grievance Administrator v Angelo Geno Parlove, Jr.*, ADB Case No. 08-159-PI is **DISCONTINUED WITHOUT PREJUDICE**, effective the date of this order.

ATTORNEY DISCIPLINE BOARD

By: _____
John F. Van Bolt, Executive Director

DATED: July 29, 2009